# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JACQUELINE MCCALL,

      Plaintiff,

v.                                            Case No: 6:18-cv-1670-Orl-22DCI

BRIGHT HOUSE NETWORKS, LLC,

      Defendant.

**ORDER**

This cause is before the Court on Defendant's Motion to Tax Costs (Doc. No. 35) filed on January 21, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 7, 2020 (Doc. No. 38), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Motion to Tax Costs is hereby GRANTED.

3. The Clerk is directed to tax costs in favor of Defendant in the total amount of $3,083.00 (Doc. No. 35-1).

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2020.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties